UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUVRAJ SINGH, A-221-170-531,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX ICE DETENTION FACILITY, et al.,<br><br>Respondents. | No.  1:26-cv-0210 DAD AC<br><br><br>ORDER |

Petitioner, an immigration detainee proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Respondent has filed a motion to dismiss this case as moot in light of the fact that petitioner has already been granted the relief he seeks in Singh v. Warden (Singh I), 1:26-cv-1323 DC CSK.  ECF No. 9.  Review of the docket in Singh I reveals that after filing his pro se petition, petitioner filed a subsequent petition for writ of habeas corpus through counsel.[1]  The petition in Singh I was accompanied by a motion for a temporary restraining order, and the district judge ruled directly on the motion and petition and granted petitioner the same relief sought in this action.  Singh I, ECF No. 8.

////

---

[1]  The court has confirmed through petitioner's A number that he is the same individual as the petitioner in Singh I.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondents' motion to dismiss (ECF No. 9) is GRANTED;

2. This case is DISMISSED as duplicative of <u>Singh v. Warden</u>, 1:26-cv-1323 DC CSK, and moot in light of the relief already granted in that case;

3. The Clerk of the Court is directed to close this case.

DATED: March 30, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2